# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| **SHEILA RAY,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| vs. | |
| **LANE COLLEGE,** | CASE NO: 22-2537-STA-jay |
| | CASE NO: 23-2645-STA-jay |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the **ORDER GRANTING JOINT MOTION TO DISMISS** entered on May 29, 2024, this cause is hereby DISMISSED with prejudice.

APPROVED:

s/ S. Thomas Anderson
**JUDGE UNITED STATES DISTRICT COURT**

DATE: 5/29/2024

Wendy R. Oliver
**Clerk of Court**

s/Maurice B. BRYSON

(By)   Deputy Clerk